| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | JOHN D. PERNICK (SBN 155468) |
| 2 | john.pernick@bingham.com |
|   | NIMA E. SOHI (SBN 233199) |
| 3 | nima.sohi@bingham.com |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 5 | Facsimile:  (415) 393-2286 |
| 6 | Attorneys for Defendants |
|   | JPMorgan Chase & Co., and JPMorgan |
| 7 | Compensation and Benefit Strategies |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>         Plaintiff,<br>   v.<br><br>JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10,<br><br>         Defendants. | No. C 08-01064 JL<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, Plaintiff Shartsis Friese LLP ("Plaintiff") and Defendants JPMorgan Chase & Co. and JPMorgan Compensation and Benefit Strategies (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced this action on January 24, 2008 by filing a Complaint in the Superior Court of California, County of San Francisco, bearing Case No. CGC 08-471329.

No. C 08-01064 JL

1  WHEREAS, Defendants were served with the Complaint on January 25, 2008.

2  WHEREAS, Defendants removed this action to this Court on February 22, 2008.

3  WHEREAS, Plaintiff stipulated to an extension of time through March 24, 2008 for Defendants to respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED THAT Defendants' time to answer or otherwise respond to the Complaint is extended to and including March 24, 2008.

DATED:  February 25, 2008          BINGHAM McCUTCHEN LLP

By:    /s/ John D. Pernick
John D. Pernick
Attorneys for Defendants
JPMorgan Chase & Co., and JPMorgan
Compensation and Benefit Strategies

DATED:  February 25, 2008          SHARTSIS FRIESE LLP

By:    /s/ Mary Jo Shartsis
Mary Jo Shartsis
Attorneys for Plaintiff
Shartsis Friese LLP

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

A/72442102.1/0803142-0000331170

**CERTIFICATION BY NIMA E. SOHI PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Defendants JPMorgan Chase & Co. and JPMorgan Compensation and Benefit Strategies. The statements herein are made based on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains the electronic signatures of other ECF users. I declare that concurrence to file this document with the Court has been obtained from these other signatories. Pursuant to General Order No. 45, Section X., I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on February 25, 2008.

    /s/ Nima E. Sohi    
Nima E. Sohi