Bingham McCutchen LLP
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
NIMA E. SOHI (SBN 233199)
nima.sohi@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants
JPMorgan Chase & Co., and JPMorgan Compensation and Benefit Strategies

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARTSIS FRIESE LLP, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10, <br><br> Defendants. | No. C 08-01064 JL <br><br> DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br> (N.D. Cal. Local Rule 3-16) |

No. C 08-01064 JL

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

A/72442772.1/0803142-0000331170

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: JPMorgan Retirement Plan Services
6  LLC (Defendant JPMorgan Compensation and Benefit Strategies is a d/b/a of JPMorgan
7  Retirement Plan Services LLC); and JPMorgan Invest Holdings, LLC (sole member of
8  JPMorgan Retirement Plan Services LLC).

10  DATED: February 25, 2008

11                               Bingham McCutchen LLP

13                               By:          /s/ John D. Pernick
14                                       John D. Pernick
                                         Attorneys for Defendants
15                                       JPMorgan Chase & Co., and JPMorgan
                                         Compensation and Benefit Strategies

**CERTIFICATION BY NIMA E. SOHI PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Defendants JPMorgan Chase & Co. and JPMorgan Compensation and Benefit Strategies. The statements herein are made based on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains the electronic signature of another ECF user. I declare that concurrence to file this document with the Court has been obtained from this signatory. Pursuant to General Order No. 45, Section X., I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on February 25, 2008.

        /s/ Nima E. Sohi
        Nima E. Sohi