1  Bingham McCutchen LLP
   JOHN D. PERNICK (SBN 155468)
2  john.pernick@bingham.com
   NIMA E. SOHI (SBN 233199)
3  nima.sohi@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
5  Facsimile: (415) 393-2286

6  Attorneys for Defendants
   JPMorgan Chase & Co., and JPMorgan
7  Compensation and Benefit Strategies

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  SHARTSIS FRIESE LLP, | No. CV 08-1064 (JL) |
| 13           Plaintiff,<br>     v. | PROOF OF SERVICE BY U.S. MAIL |
| 14  JP MORGAN CHASE & CO., JP MORGAN<br>15  COMPENSATION AND BENEFIT<br>     STRATEGIES as Successor in Interest of CCA<br>16  STRATEGIES LLC and CHICAGO<br>     CONSULTING ACTUARIES, LLC and DOES<br>17  1-10,<br>18           Defendants. | |

19

20       I am over 18 years of age, not a party to this action and employed in the County

21 of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-

22 4067. I am readily familiar with the practice of this office for collection and processing of

23 correspondence for mailing with the United States Postal Service and correspondence is

24 deposited with the United States Postal Service that same day in the ordinary course of business.

25       Today I served the attached:

26       **STANDING ORDER (REV. 07/06)**

27

28

No. CV 08-1064 (JL)

PROOF OF SERVICE

1  by causing a true and correct copy of the above to be placed in the United States Mail at San
2  Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:
3
4  Arthur J. Shartsis, Esq.
   Mary Jo Shartsis, Esq.
   Lisa A. Jacobs, Esq.
5  Shartsis Friese LLP
   One Maritime Plaza, 18th Floor
6  San Francisco, CA 94111-3404

7  I declare that I am employed in the office of a member of the bar of this court at
8  whose direction the service was made and that this declaration was executed on February 25,
9  2008.

*[signature]*
Kelley A. Garcia

2                                                                                    No. CV 08-1064 (JL)

PROOF OF SERVICE

A/72443437.1/0803142-0000331170