UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shartsis Friese LLP,

       Plaintiff,                              Case No. C08-1064   JL

    v.                                     RECUSAL ORDER

JP Morgan Chase & Co., et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: February 26, 2008

                                                  JAMES LARSON
                                                  United States Magistrate Judge