1  Bingham McCutchen LLP
   JOHN D. PERNICK (SBN 155468)
2  john.pernick@bingham.com
   NIMA E. SOHI (SBN 233199)
3  nima.sohi@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  (415) 393-2000
5  Facsimile:  (415) 393-2286

6  Attorneys for Defendants
   JPMorgan Chase & Co., and JPMorgan
7  Compensation and Benefit Strategies

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12 SHARTSIS FRIESE LLP,                | No. CV 08-1064 (JL)

13         Plaintiff,                  | PROOF OF SERVICE
       v.
                                       | Complaint filed: January 24, 2008
14 JP MORGAN CHASE & CO., JP MORGAN
   COMPENSATION AND BENEFIT
15 STRATEGIES as Successor in Interest of CCA
   STRATEGIES LLC and CHICAGO
16 CONSULTING ACTUARIES, LLC and DOES
   1-10,
17
           Defendants.
18

19

20         I am over 18 years of age, not a party to this action and employed in the County

21 of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-

22 4067.  I am readily familiar with the practice of this office for collection and processing of

23 correspondence for mailing with the United States Postal Service and correspondence is

24 deposited with the United States Postal Service that same day in the ordinary course of business.

25         Today I served the attached:

26         1.  **NOTICE OF REMOVAL OF CIVIL ACTION
               PURSUANT TO 28 U.S.C. SECTIONS 1332 AND
27             1441;**

28         2.  **CIVIL COVER SHEET;**

No. CV 08-1064 (JL)

PROOF OF SERVICE

A/72443437.1/0803142-0000331170

|   |   |
|---|---|
| 1 | 3. ECF REGISTRATION INFORMATION HANDOUT; |
| 2 |   |
| 3 | 4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; |
| 4 |   |
| 5 | 5. WELCOME TO THE U.S. DISTRICT COURT SHEET; |
| 6 | 6. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; |
| 7 |   |
| 8 | 7. NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT |
| 9 |   |

10  by causing a true and correct copy of the above to be placed in the United States Mail at San

11  Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

12

13  Arthur J. Shartsis, Esq.
Mary Jo Shartsis, Esq.
Lisa A. Jacobs, Esq.

14  Shartsis Friese LLP
One Maritime Plaza, 18th Floor

15  San Francisco, CA 94111-3404

16  I declare that I am employed in the office of a member of the bar of this court at

17  whose direction the service was made and that this declaration was executed on February 22,

18  2008.

19

20  _____
Kelley A. Garcia

21

22

23

24

25

26

27

28

2                                             No. CV 08-1064 (JL)

PROOF OF SERVICE

A/72443437.1/0803142-0000331170