1  Bingham McCutchen LLP
   JOHN D. PERNICK (SBN 155468)
2  john.pernick@bingham.com
   NIMA E. SOHI (SBN 233199)
3  nima.sohi@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
5  Facsimile: (415) 393-2286

6  Attorneys for Defendants
   JPMorgan Chase & Co., and JPMorgan
7  Compensation and Benefit Strategies

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   SHARTSIS FRIESE LLP,                          No. C 08-01064 SC
13
              Plaintiff,                         [PROPOSED] ORDER GRANTING
14     v.                                        DEFENDANTS' MOTION TO
                                                 DISMISS UNDER F.R.C.P. 12(b)(6)
15 JP MORGAN CHASE & CO., JP MORGAN
   COMPENSATION AND BENEFIT
16 STRATEGIES as Successor in Interest of CCA
   STRATEGIES LLC and CHICAGO
17 CONSULTING ACTUARIES, LLC and DOES
   1-10,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

A/72474392.3/0803142-0000331170                          No. C 08-01064 SC

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
UNDER F.R.C.P. 12(b)(6)

1    Defendants JPMorgan Chase & Co. and JPMorgan Compensation and Benefit Strategies'
2    (collectively "JPMorgan") Motion to Dismiss Under Federal Rule of Civil Procedure ("Rule")
3    12(b)(6) came on regularly for hearing on May 9, 2008, with all parties represented by counsel of
4    record.
5    Pursuant to Rule 12(b)(6), JPMorgan moved to dismiss the Third Claim for Relief for
6    negligent misrepresentation and the Fourth Claim for Relief for breach of fiduciary duty made in
7    the Complaint filed by Plaintiff Shartsis Friese LLP ("SF") for failure to state a claim upon
8    which relief can be granted.  SF's negligent misrepresentation claim lacks the specificity
9    required by Rule 9(b) of the Federal Rules of Civil Procedure.  That claim also fails because SF's
10   allegations as to falsity and justifiable reliance are deficient.  SF's breach of fiduciary duty claim
11   fails because the parties did not have a fiduciary relationship.
12   The Court has reviewed the parties' moving, opposition and reply papers and has heard
13   the oral argument of counsel.
14   Good cause therefore appearing, JPMorgan's motion to dismiss SF's Third Claim for
15   Relief for negligent misrepresentation and SF's Fourth Claim for Relief for breach of fiduciary
16   duty is granted.
17
18   IT IS SO ORDERED.
19
20   DATED this ___ day of _____, 2008.
21
22
23                                                                    _____
                                                                      The Honorable Samuel Conti
24                                                                    U.S. District Court
25
26
27
28