1  Lewis Brisbois Bisgaard & Smith, LLP
   THOMAS RITTENBURG (SBN 10890
2  LANCE SELFRIDGE (SBN 101940)
   221 N Figueroa Street, Ste 1200
3  Los Angeles, CA 90012
   Tel: 213.250.1800
4  Fax: 213.250.7900
    E-Mail: rittenbu@lbbslaw.com
5    E-Mail: lances@lbbslaw.com

6  Attorneys for Defendant:JP MORGAN CHASE & CO.,
   JP MORGAN COMPENSATION AND BENEFIT STRATEGIES
7

8                 UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   SHARTSIS FRIESE LLP,              )  CASE NO. C-08-1064-SC
12                                    )
              Plaintiff,             )  **SUBSTITUTION OF COUNSEL**
13                                    )
   v.                                )
14                                    )  Complaint Filed: January 24, 2008
   JP MORGAN CHASE & CO., JP         )
15 MORGAN COMPENSATION AND           )  Judge:   The Hon. Samuel Conti
   BENEFIT STRATEGIES as Successor   )  Dept.:   One, 17th Floor
16 in Interest of CCA STRATEGIES LLC )
   and CHICAGO CONSULTING            )
17 ACTUARIES, LLC and DOES 1-10,     )
                                      )
18            Defendants.            )
                                      )
19

20        Defendant JP MORGAN CHASE & CO., JP MORGAN COMPENSATION

21 AND BENEFIT STRATEGIES hereby substitutes in place of its current counsel

22 John D Pernick and Nima Sohi of the law firm of Bingham McCutchen, LLP, Three

23 Embarcadero Center, 18th Floor, San Francisco, California, 94111, telephone

24 415.393.2000, fax number 415.393.2286, the following:

25                 Thomas Rittenburg
                   Lance Selfridge
26                 LEWIS BRISBOIS BISGAARD & SMITH, LLP
                   221 N. Figueroa Street, Suite 1200
27                 Los Angeles, California, 90012
                   telephone 213.250.1800
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 VENTURE OAKS WAY, SUITE 200
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

4850-8360-8578.1                      -1-



fax number 213.250.7900

I agree to the above substitution.

DATED:  April 7th, 2008          JP MORGAN CHASE & CO., JP MORGAN
                                 COMPENSATION AND BENEFIT STRATEGIES


                                 By _Frances P. Frizlakis_
                                    _Assistant General Counsel_
                                 By and on Behalf of Defendant JP MORGAN CHASE
                                 & CO., JP MORGAN COMPENSATION AND
                                 BENEFIT STRATEGIES


Dated:  April 7, 2008            BINGHAM MCCUTCHEN LLP


                                 By: _____

                                    John Pernick
                                    Nima Sohi
                                    Attorneys for Defendant JP MORGAN CHASE & CO.,
                                    JP MORGAN COMPENSATION AND BENEFIT
                                    STRATEGIES


On behalf of the defendant, I consent to this substitution.

DATED: April 7, 2008             LEWIS BRISBOIS BISGAARD & SMITH LLP


                                 By _____
                                    Thomas Rittenburg
                                    Lance Selfridge
                                    Attorneys for Defendant JP MORGAN CHASE &
                                    CO., JP MORGAN COMPENSATION AND
                                    BENEFIT STRATEGIES

LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 VENTURE OAKS WAY, SUITE 200
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 VENTURE OAKS WAY, SUITE 200
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

1

2

### PROOF OF SERVICE
*Shartsis Friese v JP Morgan Chase Co., et al.*
Case No:  **C-08-1064-SC**

3

4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

    I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 221 N. Figueroa St., Ste. 1200, Los Angeles, CA 90012

7

8

9

    On **April 9, 2008,** I served the following document described as **SUBSTITUTION OF COUNSEL** on all interested parties in this action by placing [x] a true copy   [   ] the original thereof enclosed in sealed envelopes addressed as follows:

10

11

12

Mary JoC. Shartsis
Shartsis Friese LLP
One Mreitime Plaza, 18th Floor
San Francisco, CA 94111
PH: 415.421.6500; FX: 415.421.2922

*__Counsel for Plaintiff__*:

SHARTSIS FRIESE

13

14

15

John Pernick
Nima Sohi
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
PH: 415.393.2000; FX: 415.393.2286

*__Former Counsel for Defendant__*:

JP MORGAN CHASE & CO., JP
MORGAN COMPENSATION AND
BENEFIT STRATEGIES

16

17

**[X]**   **(BY FACSIMILE)**  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

18

19

20

**[X]**   **(BY U.S. MAIL)**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

21

22

23

**[X]**   **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

24

25

**[X]**   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

26

Executed on **April 9, 2008**, at Los Angeles, California.

27

28

ROSA REZA

4850-8360-8578.1

SUBSTITUTION OF COUNSEL