Lewis Brisbois Bisgaard & Smith, LLP
THOMAS RITTENBURG (SBN 10890
LANCE SELFRIDGE (SBN 101940)
221 N Figueroa Street, Ste 1200
Los Angeles, CA 90012
Tel: 213.250.1800
Fax: 213.250.7900
 E-Mail: rittenbu@lbbslaw.com
 E-Mail: lances@lbbslaw.com

Attorneys for Defendant:JP MORGAN CHASE & CO.,
JP MORGAN COMPENSATION AND BENEFIT STRATEGIES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARTSIS FRIESE LLP, | CASE NO. C-08-1064-SC |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10, | Complaint Filed: January 24, 2008<br>Judge:   The Hon. Samuel Conti<br>Dept.:   One, 17th Floor |
| Defendants. | |

Defendant JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES hereby substitutes in place of its current counsel John D Pernick and Nima Sohi of the law firm of Bingham McCutchen, LLP, Three Embarcadero Center, 18th Floor, San Francisco, California, 94111, telephone 415.393.2000, fax number 415.393.2286, the following:

> Thomas Rittenburg
> Lance Selfridge
> LEWIS BRISBOIS BISGAARD & SMITH, LLP
> 221 N. Figueroa Street, Suite 1200
> Los Angeles, California, 90012
> telephone 213.250.1800

4850-8360-8578.1

-1-

SUBSTITUTION OF COUNSEL

```
 1                    fax number 213.250.7900
 2
 3          I agree to the above substitution.
 4
 5   DATED: April 7th, 2008      JP MORGAN CHASE & CO., JP MORGAN
                                 COMPENSATION AND BENEFIT STRATEGIES
 6
 7
 8                               By /s/ Frances L. Frizlakis
                                    Assistant General Counsel
 9                               By and on Behalf of Defendant JP MORGAN CHASE
                                 & CO., JP MORGAN COMPENSATION AND
10                               BENEFIT STRATEGIES
11
12   Dated: April 7, 2008        BINGHAM MCCUTCHEN LLP
13
14                               By: /s/
15                               John Pernick
                                 Nima Sohi
16                               Attorneys for Defendant JP MORGAN CHASE & CO.,
                                 JP MORGAN COMPENSATION AND BENEFIT
17                               STRATEGIES
18
19          On behalf of the defendant, I consent to this substitution.
20
21   DATED: April 7, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP
22
23                               By /s/
24                               Thomas Rittenburg
                                 Lance Selfridge
25                               Attorneys for Defendant JP MORGAN CHASE &
                                 CO., JP MORGAN COMPENSATION AND
26                               BENEFIT STRATEGIES
27
28
     4850-8360-8578.1                  -2-
```

LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 VENTURE OAKS WAY, SUITE 200
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
<u>Shartsis Friese v JP Morgan Chase Co., et al.</u>
Case No: **C-08-1064-SC**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa St., Ste. 1200, Los Angeles, CA 90012

On **April 9, 2008**, I served the following document described as **SUBSTITUTION OF COUNSEL** on all interested parties in this action by placing [x] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Mary JoC. Shartsis<br>Shartsis Friese LLP<br>One Mreitime Plaza, 18th Floor<br>San Francisco, CA 94111<br>PH: 415.421.6500; FX: 415.421.2922 | <u>**Counsel for Plaintiff**</u>:<br><br>SHARTSIS FRIESE |
| John Pernick<br>Nima Sohi<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>PH: 415.393.2000; FX: 415.393.2286 | <u>**Former Counsel for Defendant**</u>:<br><br>JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES |

[X] **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 9, 2008**, at Los Angeles, California.

*/s/ Rosa Reza*
ROSA REZA

4850-8360-8578.1