SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
MARY JO SHARTSIS (Bar #55194)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com;
       mjshartsis@sflaw.com
       ljacobs@sflaw.com

Attorneys for Plaintiff
SHARTSIS FRIESE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10,<br><br>Defendants. | Case No. CV 08-1064 (SC)<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6)**<br><br>Complaint filed: January 24, 2008 |

Plaintiff Shartsis Friese LLP will amend the Complaint to address the matters raised by Defendants' Motion to Dismiss even though Plaintiff believes the two claims that are the subject of the motion are sufficiently pleaded.

DATED: April 18, 2008                                   SHARTSIS FRIESE LLP


                                                        By:    */s/ Mary Jo Shartsis*
                                                               MARY JO SHARTSIS
                                                        Attorneys for Plaintiff
                                                        SHARTSIS FRIESE LLP

Case No.:
CV 08-1064 (SC)    **STATEMENT OF NON-OPPOSITION TO DEFENDANTS'
                    MOTION TO DISMISS UNDER F.R.C.P. 12(B)(6)**