1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  MARY JO SHARTSIS (Bar #55194)
   LISA A. JACOBS (Bar #230364)
3  One Maritime Plaza, Eighteenth Floor
   San Francisco, CA 94111
4  Telephone: (415) 421-6500
   Facsimile: (415) 421-2922
5  Email:  ashartsis@sflaw.com
           mjshartsis@sflaw.com
6          ljacobs@sflaw.com

7  Attorneys for Plaintiff
   SHARTSIS FRIESE LLP
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | SHARTSIS FRIESE LLP,                         | Case No. CV 08-1064 (SC)
13 |                     Plaintiff,               | **PROOF OF SERVICE**
14 |     v.                                       | Complaint filed: January 24, 2008
15 | JPMORGAN RETIREMENT SERVICES,
   | LLC dba JPMORGAN COMPENSATION
16 | AND BENEFIT STRATEGIES as
   | Successor in Interest of CCA STRATEGIES
17 | LLC and CHICAGO CONSULTING
   | ACTUARIES, LLC and DOES 1-10,
18 |
   |                     Defendants.
19

20

21

22

23

24

25

26

27

28

Case No.:
CV 08-1064 (SC)                    **PROOF OF SERVICE**

# PROOF OF SERVICE

I, Virginia A. Kiley, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On April 23, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT, PROFESSIONAL NEGLIGENCE, NEGLIGENT MISREPRESENTATION, BREACH OF FIDUCIARY DUTIES AND DECLARATORY RELIEF**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

Lance Alan Selfridge, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa Street, #1200
Los Angeles, CA 90012

Case No.:
CV 08-1064 (SC)

- 1 -

**PROOF OF SERVICE**

1    I declare under penalty of perjury under the laws of the State of California that the
2    foregoing is true and correct.
3    Executed on April 23, 2008, in San Francisco, California.

                                                    _/s/ Virginia A. Kiley_____
                                                         VIRGINIA A. KILEY

1788\036\1506667.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.:                                    - 2 -
CV 08-1064 (SC)                      **PROOF OF SERVICE**