United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>        Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFITS STRATEGIES as successor in interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC, and DOES 1-100,<br><br>        Defendants. | No. C-08-1064 SC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) |

    Defendants JP Morgan Chase & Co. and JP Morgan Compensation and Benefits Strategies (collectively "JP Morgan" or "Defendants") removed this action from the San Francisco Superior Court. See Notice of Removal, Docket No. 1. Now before the Court is Defendants' Motion to Dismiss. Docket No. 12. Plaintiff Shartsis Friese LLP ("Plaintiff") filed a Statement of Non-Opposition to Defendants' Motion, offering to amend the Complaint to address the purported deficiencies Defendants raised in their Motion. See Docket No. 16. Plaintiff then filed its Amended Complaint. Docket No. 17.

    The Court GRANTS Defendants' Motion to Dismiss without prejudice. The Court would otherwise give Plaintiff leave to amend. Under the present circumstances, the Court accepts the Amended Complaint. For the purposes of calculating time and

1  determining deadlines for filing responsive pleadings or
2  subsequent motions, the parties shall treat the Amended Complaint
3  as having been filed on the date of this Order.

    IT IS SO ORDERED.

    Dated: April 24, 2008



UNITED STATES DISTRICT JUDGE