1  Lewis Brisbois Bisgaard & Smith, LLP
   THOMAS RITTENBURG (SBN 108090)
2  rittenbu@lbbslaw.com
   221 N. Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250.1800
4  Facsimile: (213) 250.7900

5  Attorneys for Defendants
   JP Morgan Retirement Services, LLC
6  dba JP Morgan Compensation and Benefit Strategies,
   as Successor in Interest to CCA Strategies, LLC,
7  and Chicago Actuaries, LLC

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 SHARTSIS FRIESE LLP,                  No. C 08-01064 SC

14        Plaintiff,                     DEFENDANTS' NOTICE OF
                                         CONTINUATION OF THE
15 v.                                    HEARING ON MOTION TO
                                         DISMISS FIRST AMENDED
16 JP MORGAN CHASE & CO., JP             COMPLAINT UNDER F.R.C.P.
   MORGAN COMPENSATION AND               12(b)(6)
17 BENEFIT STRATEGIES as Successor in
   Interest of CCA STRATEGIES LLC and    New Date:   July 11, 2008
18 CHICAGO CONSULTING                    Time:       10:00 a.m.
   ACTUARIES, LLC and DOES 1-10,         Courtroom:  One, 17th Floor
19                                       Judge:      Hon. Samuel Conti
          Defendants.
20

21

22

23

24

25

26

27

28

4839-6707-7378.1
DEFENDANTS' NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS UNDER F.R.C.P.
12(B)(6)

**NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS**

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on the Rule 12(b)(6) motion to dismiss the Third and Fourth Causes of Action of the First Amended Complaint previously set for hearing on June 13, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Courtroom 1, 17th Floor, before the Honorable Samuel Conti, has been continued until July 11, 2008 at the same time and place.

DATED: May 12, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Thomas Rittenburg
Thomas Rittenburg
Attorneys for Defendants JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies, LLC, and Chicago Actuaries, LLC

---

4839-6707-7378.1

DEFENDANTS' NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS UNDER F.R.C.P. 12(B)(6)

**PROOF OF SERVICE**
*Shartsis Friese v JP Morgan Chase Co., et al.*
Case No: **C-08-1064-SC**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

On **May 13, 2008**, I served the following document(s) described as **DEFENDANTS' NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER F.R.C.P. 12(b)(6).**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Mary Jo C. Shartsis, Esq.
Arthur Joel Shartsis, Esq.
Lisa Ann Jacobs, Esq.
Shartsis Friese LLP
One Mreitime Plaza, 18th Floor
San Francisco, CA 94111
PH: 415.421.6500; FX: 415.421.2922
Email: mjs@sfglaw.com
ashartsis@sflaw.com
ljacobs@sflaw.com

*Counsel for Plaintiff:*
SHARTSIS FRIESE

The documents were served by the following means:

[X] **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[X] **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 13, 2008**, at Los Angeles, California.

ROSA REZA

4839-6707-7378.1

DEFENDANTS' NOTICE OF CONTINUATION OF HEARING ON MOTION TO DISMISS UNDER F.R.C.P. 12(B)(6)