1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  MARY JO SHARTSIS (Bar #55194)
   LISA A. JACOBS (Bar #230364)
3  One Maritime Plaza, Eighteenth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 421-6500
   Facsimile:  (415) 421-2922
5  Email:   ashartsis@sflaw.com;
            mjshartsis@sflaw.com
6           ljacobs@sflaw.com

7  Attorneys for Plaintiff
   SHARTSIS FRIESE LLP
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  SHARTSIS FRIESE LLP, | Case No. CV 08-1064 (SC) |
| 13           Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 14      v. | |
| 15  JP MORGAN CHASE & CO., JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10, | Complaint filed:  January 24, 2008 |
| 18           Defendants. | |

Case No.:
CV 08-1064 (SC)    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Arthur J. Shartsis
2. Robert C. Friese
3. Mary Jo Shartsis
4. Douglas L. Hammer
5. John P. Broadhurst
6. David H. Kremer
7. Charles R. Rice
8. Anthony B. Leuin
9. Tracy L. Salisbury
10. Jeffrey A. O'Connell
11. Robert E. Schaberg
12. Ronald H. Malone
13. Joel Zeldin
14. Jonathan M. Kennedy
15. Zesara C. Chan
16. Geoffrey W. Haynes
17. Christopher J. Rupright
18. Carolyn S. Reiser
19. Derek H. Wilson
20. Robert C. Ward
21. James P. Martin
22. Jahan P. Raissi
23. Frank A. Cialone

24. Neil J. Koren

25. Alan J. Robin

26. P. Rupert Russell

27. James J. Frolik

28. Erick C. Howard

DATED: May 15, 2008                            SHARTSIS FRIESE LLP


By: _____*/s/ Lisa A. Jacobs*_____
     LISA A. JACOBS
Attorneys for Plaintiff
SHARTSIS FRIESE LLP

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111