**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Shartsis Friese LLP, | 08-01064 SC |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| JP Morgan Chase & Co., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01064 SC                                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: July 16, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

*[signature]*

———————————————
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Shartsis Friese LLP v. JP Morgan Chase & Co.

Case Number:    08-01064 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Arthur Joel Shartsis
> Shartsis Friese LLP
> One Maritime Plaza, 18th Floor
> San Francisco, CA 94111
> ashartsis@sflaw.com
>
> Mary Jo C. Shartsis
> Shartsis Friese LLP
> One Maritime Plaza, 18th Floor
> San Francisco, CA 94111
> mjs@sfglaw.com
>
> Lisa Ann Jacobs
> Shartsis Friese LLP
> One Maritime Plaza
> 18th Floor
> San Francisco, CA 94111
> ljacobs@sflaw.com
>
> Thomas John Rittenburg
> Lewis Brisbois Bisgaard & Smith LLP

221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012
rittenbu@lbbslaw.com

Lance Alan Selfridge
Lewis Brisbois Bisgaard & Smith LLP
221 N Figueroa St #1200
Los Angeles, CA 90012

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov