UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP,

          Plaintiff(s),

v.

JP MORGAN CHASE & CO.

          Defendant(s).

Case No. 08-01064 SC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/17/08

Dated: 7/17/08

Defendants
[Party]

THOMAS RITTENBURG
[Counsel]

**PROOF OF SERVICE**
*Shartsis Friese v JP Morgan Chase Co., et al.*
Case No: **C-08-1064-SC**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

On **July 17, 2008**, I served the following document(s) described as **ADR CERTIFICATION BY PARTIES AND COUNSEL**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

SHARTSIS FRIESE LLP
Mary Jo C. Shartsis, Esq.
Arthur Joel Shartsis, Esq.
Lisa Ann Jacobs, Esq.
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
PH: 415.421.6500; FX: 415.421.2922
Email: mjs@sfglaw.com
ashartsis@sflaw.com
ljacobs@sflaw.com

*Counsel for Plaintiff*:
SHARTSIS FRIESE

The documents were served by the following means:

[ ] **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[X] **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 17, 2008**, at Los Angeles, California.

_____
ROSA REZA

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4834-8887-5778.1