IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP,

    Plaintiff(s),                        No. C-08-1064-SC

  v.

J.P. MORGAN CHASE & CO., et al.,           Clerk's Notice

    Defendant(s).

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 1, 2008** before the Honorable Samuel Conti. The conference has been reset **for August 15, 2008 at 10:00 a.m.**

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 30, 2008                                    FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By:   T. De Martini
                                                              Courtroom Deputy Clerk