IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIEZE LLP,

    Plaintiff(s),

v.

J.P. MORGAN CHASE & CO., et al.,

    Defendant(s).

No. C-08-1064-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 1, 2008** before the Honorable Samuel Conti. The conference has been reset for **August 15, 2008 at 10:00 a.m.**

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 30, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
     Courtroom Deputy Clerk