UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-1064              SAMUEL CONTI              DATE August 15, 2008
Case Number            Judge

Title: SHARTSIS FRIESE LLP         vs J.P. MORGAN CHASE & CO., et al.

Attorneys: MARY JO SHARTSIS        THOMAS RITTENBURG
           LISA JACOBS

Deputy Clerk: T. De Martini    Court Reporter: Kathy Sullivan

Court   Pltf's   Deft's
(XXX)   (   )   (   )   1. Status Conference - Held

(   )   (   )   (   )   2.

(   )   (   )   (   )   3.

(   )   (   )   (   )   4.

(   )   (   )   (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 4/8/09      Pretrial Statements Due

Case Continued to 5/29/09 @ 10:00 a.m.    for Pretrial Conference

Case Continued to 6/8/09 @ 9:30 a.m.    for Jury Trial

Case Continued to                        for Further Status Conference

Case Continued to 5/1/09 @ 10:00 a.m. for Motions

ORDERED AFTER HEARING:

cc: