John D. Klinedinst, Bar No. 86254
Connie M. Anderson, Bar No. 210286
KLINEDINST PC
777 S. Figueroa St., 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
jklinedinst@klinedinstlaw.com
canderson@klinedinstlaw.com

Attorneys for Defendants,
JP Morgan Retirement Services, LLC dba JP
Morgan Compensation and Benefit Strategies,
as Successor in Interest to CCA Strategies
LLC, and Chicago Actuaries, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN RETIREMENT SERVICES, LLC dba JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10,<br><br>Defendants. | Case No.   CV-08-01064 (SC)<br><br>**SUBSTITUTION OF COUNSEL**<br><br><br><br>Courtroom:   1, 17th Floor<br>Judge:         Hon. Samuel Conti<br>Complaint Filed:   January 24, 2008<br>Trial Date:   None set |

Defendant, JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies LLC, and Chicago Actuaries, LLC, hereby substitutes in place of its current counsel, Thomas Rittenburg and Lance Selfridge of the law firm of Lewis Brisbois Bisgaard & Smith LLP, 221 N. Figueroa Street, Suite 1200, Los Angeles, California 90012, telephone 213.250.1800, fax number 213.250.7900, the following:

    John D. Klinedinst
    Connie M. Anderson
    KLINEDINST PC
    777 South Figueroa Street, 47th Floor
    Los Angeles, California 90017
    Telephone: 213.607.2115

Fax No.: 213.607.2116

I agree to the above substitution.

DATED: October 3l, 2008

BY: *Frances Tixxlakis*
    *Assistant General Counsel*
By and on Behalf of Defendant, JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies LLC, and Chicago Actuaries, LLC

DATED: October ___, 2008              LEWIS BRISBOIS BISGAARD & SMITH, LLP

BY: _____
    Thomas Rittenburg
    Lance Selfridge
    Attorneys for Defendant,
    JP Morgan Retirement Services, LLC dba JP
    Morgan Compensation and Benefit Strategies,
    as Successor in Interest to CCA Strategies
    LLC, and Chicago Actuaries, LLC

On behalf of the Defendant, I consent to this substitution.

KLINEDINST PC

DATED: October 27, 2008              By: _____
                                         JOHN D. KLINEDINST
                                         CONNIE M. ANDERSON
                                         Attorneys for Defendant,
                                         JP Morgan Retirement Services, LLC dba JP
                                         Morgan Compensation and Benefit Strategies,
                                         as Successor in Interest to CCA Strategies
                                         LLC, and Chicago Actuaries, LLC

694128v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

```
                                    Fax No.:    213.607.2116

              I agree to the above substitution.


   DATED: October ___, 2008

                                                BY:_____

                                                By and on Behalf of Defendant, JP Morgan
                                                Retirement Services, LLC dba JP Morgan
                                                Compensation and Benefit Strategies, as Successor
                                                in Interest to CCA Strategies LLC, and Chicago
                                                Actuaries, LLC


   DATED: October 29, 2008                      LEWIS BRISBOIS BISGAARD & SMITH, LLP




                                                BY: /s/ Thomas Rittenburg
                                                    Thomas Rittenburg
                                                    Lance Selfridge
                                                    Attorneys for Defendant,
                                                    JP Morgan Retirement Services, LLC dba JP
                                                    Morgan Compensation and Benefit Strategies,
                                                    as Successor in Interest to CCA Strategies
                                                    LLC, and Chicago Actuaries, LLC


         On behalf of the Defendant, I consent to this substitution.

                                                KLINEDINST PC



   DATED: October 27, 2008                      By: _____
                                                    JOHN D. KLINEDINST
                                                    CONNIE M. ANDERSON
                                                    Attorneys for Defendant,
                                                    JP Morgan Retirement Services, LLC dba JP
                                                    Morgan Compensation and Benefit Strategies,
                                                    as Successor in Interest to CCA Strategies
                                                    LLC, and Chicago Actuaries, LLC
   694128v1
```

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

|   |   |
|---|---|
| 1 | Fax No.:   213.607.2116 |
| 2 | I agree to the above substitution. |

DATED: October ___, 2008

BY: _____

By and on Behalf of Defendant, JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies LLC, and Chicago Actuaries, LLC

DATED: October ___, 2008

LEWIS BRISBOIS BISGAARD & SMITH, LLP

BY: _____
Thomas Rittenburg
Lance Selfridge
Attorneys for Defendant,
JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies LLC, and Chicago Actuaries, LLC

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

On behalf of the Defendant, I consent to this substitution.

KLINEDINST PC

DATED: October 27, 2008

By: _____/s/_____
JOHN D. KLINEDINST
CONNIE M. ANDERSON
Attorneys for Defendant,
JP Morgan Retirement Services, LLC dba JP Morgan Compensation and Benefit Strategies, as Successor in Interest to CCA Strategies LLC, and Chicago Actuaries, LLC

694128v1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I declare that I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 777 S. Figueroa St., 47th Floor, Los Angeles, California 90017.

On **November 4, 2008**, I caused to be served the following documents:

**SUBSTITUTUION OF COUNSEL**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Los Angeles, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(D), my electronic business address is sdunlap@klinedinstlaw.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Mary Jo C. Shartsis, Esq.<br>Arthur Joel Shartsis, Esq.<br>Lisa Ann Jacobs, Esq.<br>**SHARTSIS FRIESE LLP**<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 | Tel: 415-421-6500 Fax: 415-421-2922<br>Email:<br>mjs@sflaw.com<br>ashartsis@sflaw.com<br>ljacobs@sflaw.com<br><br>Counsel for Plaintiff<br>**SHARTSIS FRIESE** |

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

- 1 -

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2008, at Los Angeles, California.

*Sandra Dunlap* (signature)
Sandra Dunlap