SHARTSIS FRIESE LLP
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:   fcialone@sflaw.com; ljacobs@sflaw.com

Attorneys for Plaintiff
SHARTSIS FRIESE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN RETIREMENT SERVICES, LLC dba JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10,<br><br>    Defendants. | Case No. CV 08-1064 (SC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING AUGUST 15, 2008 SCHEDULING ORDER**<br><br>Courtroom:       1, 17th Floor<br>Judge:              Hon. Samuel Conti<br>Complaint Filed: January 24, 2008<br>Trial Date:         June 8, 2009 |

WHEREAS, the Court, on August 15, 2008, entered a status conference order setting the times for compliance with certain rules of court (the "Scheduling Order"), including that all discovery be completed and all depositions be taken by April 8, 2009; and

WHEREAS, the parties, plaintiff Shartsis Friese LLP and Defendants JP Morgan Chase & Co. and JP Morgan Retirement Services LLC d/b/a JP Morgan Compensation and Benefit Strategies, wish to modify the Scheduling Order with respect to expert witness discovery;

THE PARTIES HEREBY STIPULATE to and request that the Court amend its Scheduling Order as follows:

   1.  Expert Witness Disclosures be exchanged on April 8, 2009;

Case No.:
CV 08-1064 (SC)            STIPULATION AND [PROPOSED] ORDER
                          AMENDING AUGUST 15, 2008 SCHEDULING ORDER

2. Rebuttal Expert Witness Disclosures be exchanged on April 29, 2009; and

3. Expert Witness Depositions be completed by May 15, 2009.

DATED: March __, 2009                    SHARTSIS FRIESE LLP


By: *s/Frank A. Cialone*
FRANK A. CIALONE
Attorneys for Plaintiff
SHARTSIS FRIESE LLP

DATED: March __, 2009                    KLINEDINST PC


By: s/*Connie M. Anderson*
JOHN D. KLINEDINST
CONNIE M. ANDERSON
Attorneys for Defendant
JP MORGAN RETIREMENT SERVICES,
LLC DBA JP MORGAN COMPENSATION
AND BENEFIT STRATEGIES, as successors
in interest to CCA STRATEGIES LLC, AND
CHICAGO ACTUARIES, LLC

**ORDER**

Pursuant to the Stipulation, above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the August 15, 2008 Scheduling Order be modified as follows:

1. Expert Witness Disclosures be exchanged on April 8, 2009;

2. Rebuttal Expert Witness Disclosures be exchanged on April 29, 2009; and

3. Expert Witness Depositions be completed by May 15, 2009.

DATED: March 5, 2009.

By_____
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court / Northern District of California]

Case No.:                                         - 1 -
CV 08-1064 (SC)           STIPULATION AND [PROPOSED] ORDER
                          AMENDING AUGUST 15, 2008 SCHEDULING ORDER