John D. Klinedinst, Bar No. 86254
Connie M. Anderson, Bar No. 210286
KLINEDINST PC
777 S. Figueroa St., 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
jklinedinst@klinedinstlaw.com

Attorneys for Defendant
JP Morgan Retirement Services, LLC dba JP
Morgan Compensation and Benefit Strategies,
as Successor in Interest to CCA Strategies
LLC, and Chicago Actuaries, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARTSIS FRIESE LLP,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN COMPENSATION AND BENEFIT STRATEGIES as Successor in Interest of CCA STRATEGIES LLC and CHICAGO CONSULTING ACTUARIES, LLC and DOES 1-10,<br><br>Defendants. | Case No.   CV-08-01064 (SC)<br><br>**STIPULATION TO AMEND SCHEDULING ORDER PERTAINING TO MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE;** ~~[PROPOSED]~~ **ORDER**<br><br>Courtroom:   1, 17th Floor<br>Judge:   Hon. Samuel Conti<br>Trial Date:   June 8, 2009 |

WHEREAS, on August 15, 2008, the Court entered a status conference order setting the times for compliance with certain rules of court (the "Scheduling Order"), including that all discovery be completed and all depositions be taken by April 8, 2009; and all Motions be heard no later than May 1, 2009;

WHEREAS, Defendant, JP Morgan Retirement Services LLC d/b/a JP Morgan Compensation and Benefit Strategies, requested an extension of time to respond to Plaintiff's Special Interrogatories, Set One;

///

- 1 -

STIPULATION TO AMEND SCHEDULING ORDER
CV-08-01064 (SC)

WHEREAS, Defendant has agreed that, while it may object to Plaintiff's Special Interrogatories, it will provide substantive responses subject to those objections to the best of its ability;

WHEREAS the parties, Plaintiff, Shartsis Friese LLP, and Defendant, wish to modify the Scheduling Order to extend the cutoff for hearing dates for one week and to extend the deadline for Plaintiff to file a motion to compel responses or further responses to its Special Interrogatories, Set One, to Defendant;

WHEREAS, the parties are not stipulating to shorten the notice period for such motion, but rather, any such motion must be heard on statutory notice or Plaintiff must obtain permission from the Court to shorten the notice period;

THE PARTIES HEREBY STIPULATE to and request that the Court amend its Scheduling Order as follows:

The last day for hearing of Plaintiff's motion to compel, should such motion be filed, shall be extended to May 8, 2009;

Plaintiff may file its motion to compel responses or further responses to its Special Interrogatories, Set One, no later than April 24, 2009.

SO STIPULATED.

| KLINEDINST PC | SHARTSIS FRIESE, LLP |
|---|---|
| By: /s/ Connie M. Anderson<br>John D. Klinedinst<br>Connie M. Anderson<br>Attorneys for Defendant<br>JP Morgan Chase Compensation<br>and Benefit Strategies, as successor in interest<br>to CCA Strategies, LLC,<br>and Chicago Actuaries, LLC | By: /s/ Lisa A. Jacobs<br>Arthur J. Shartsis<br>Lisa A. Jacobs<br>Attorneys for Plaintiff<br>Shartsis Friese, LLP |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

*IT IS SO ORDERED*
*Judge Samuel Conti*

The Honorable Samuel Conti
United States District Court,
Northern District of California